DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

—————————————————

LEON WILDER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2864

—————————————————

April 10, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Dan Ripley of Ripley Law, PLLC, Pinellas Park, for Appellant.

PER CURIAM.

Affirmed.

BLACK, LABRIT, and GUARD, JJ., Concur.

—————————————————

Opinion subject to revision prior to official publication.